VINCENT COCCHIA, an Infant, by ADELAIDE COCCHIA, His Guardian ad Litem, Respondent, *v.* RAPID ADDRESSING MACHINE COMPANY, Appellant.

*Cocchia* v. *Rapid Addressing Machine Co.*, 174 App. Div. 313, affirmed.

(Argued March 21, 1918; decided April 5, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered August 1, 1916, reversing a judgment in favor of defendant entered upon a dismissal ·of the complaint by the court at a Trial Term and granting a new trial in an action under the Labor Law to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant, his employer. The complaint alleged that plaintiff, a boy of about fourteen years of age, was employed in the manufacturing plant of the defendant. At the time of his employment the forelady of the shop who employed him told him that he was " to be assistant to the girls and to do as

they tell him;" that on occasions thereafter she repeated that instruction and told him that he was to help the girls in anything that they wanted and during the four or five months preceding the accident he did that. On the day of the accident one of the girls told the plaintiff that the machine upon which she was working had gotten clogged and " Get around and clean out that box." The machine appears to have been an ordinary punch press for punching out cardboard stencils with a die, and was started by the usual foot treadle and stopped by a hand lever. When she gave plaintiff this instruction he stopped the machine and started to repair it and while he was thus engaged he heard her stamp her foot down on the starting lever, starting the punch and it came down, and amputated the thumb of his left hand. The principal question was whether such girl was a person intrusted with authority to direct, control or command this plaintiff in the performance of his duties within the meaning of section 200 of the Labor Law.

*Robert B. Cumming* and *Robert M. McCormick* for appellant.

*Adolph Ruger* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts, on opinion of RICH, J., below.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ.